**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

**In re:**                                                                Case No. 26-41908

**Sainavyanikitha Vuppala,**

    Debtor.                                                          Chapter 13

---

### ORDER DISMISSING CASE WITHOUT PREJUDICE

---

On June 9, 2026, Debtor filed a partial petition for chapter 13 bankruptcy relief, which omitted schedules and documents required under 11 U.S.C. § 521(a)(1). The clerk's office promptly notified the Debtor that the missing documents must be filed within 14 days.

On July 2, 2026, the Court scheduled a status conference on the Debtor's partial case filing for July 21, 2026. The notice for that status conference stated that failure to file the documents within 45 days of the petition date, i.e., July 24, 2026, or otherwise request and obtain an extension, would result in automatic dismissal of the case under 11 U.S.C. § 521(i)(1). The Debtor did not appear at the status conference and has not filed the required documents. Therefore, based on the record,

IT IS ORDERED

1.  This case is automatically dismissed pursuant to 11 U.S.C. 521(i)(1) without prejudice to the Debtor's right under governing law to file another petition for relief under the Bankruptcy Code.

Dated:  *July 30, 2026*                                              s/ Mychal A. Bruggeman
                                             Mychal A. Bruggeman
                                             United States Bankruptcy Judge